FILED '24 07 09 PM03:26 MDGA-ALB

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | 7 : 19-CR-32 (LAG) |
| STEVEN ALEXANDER GUYTON, | RE: ALLEGED SUPERVISED RELEASE VIOLATIONS |
| Supervised Releasee. | |

## ORDER

**STEVEN ALEXANDER GUYTON**, a Supervised Releasee in the above-styled criminal proceeding, this day appeared before the undersigned for an Initial Appearance under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure. The government was represented by the U.S. Attorney's office. The Supervised Releasee was represented by appointed counsel. The government moved for detention. The Supervised Releasee waived his right to a preliminary hearing and requested a hearing on the issue of detention.

Accordingly, IT IS ORDERED AND DIRECTED that a hearing shall be held herein to determine whether the Supervised Releasee can show by clear and convincing evidence that conditions can be set to reasonably assure the appearance of the Supervised Releasee as required and the safety of any other person and the community.

IT IS FURTHER ORDERED AND DIRECTED that said hearing be held before the undersigned **at 10:00 a.m. on July 10, 2024, in Albany, Georgia.** In the meantime, the Supervised Releasee SHALL REMAIN IN THE CUSTODY OF THE U.S. MARSHAL who shall produce the Supervised Releasee for said hearing at the time and place set forth above. The Supervised Releasee is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Supervised Releasee shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Supervised Releasee to the United States Marshal for the purpose of an appearance in connection with a court

proceeding.

SO ORDERED AND DIRECTED, this 9th day of July, 2024.

s/*Thomas Q. Langstaff*
UNITED STATES MAGISTRATE JUDGE
