IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA

v.

NO.  7:19-CR-00032-001(LAG)

STEVEN ALEXANDER GUYTON

## ORDER

On February 26, 2026, Steven A. Guyton appeared before the Court for a Final Revocation Hearing to address a petition for a warrant, filed by the United State Probation Office, on January 21, 2026. The defendant acknowledged receiving the petition, which alleged two violations of supervised release. The defendant admitted guilty to the two violations. The Court found the defendant violated the conditions of supervised release. The defendant is returned to the same term of supervised release, under the same conditions as previously imposed on October 9, 2024, which is scheduled to expire on October 8, 2026.

SO ORDERED this 26th_day of February 2026.

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE